48986. BAILEY v. LURLEE, INC. et al.

PANNELL, Judge.

This is an action by a plaintiff subcontractor seeking a judgment for work performed in installing acoustical ceilings and dry walls in two buildings erected by the defendant contractor and for foreclosure of a materialman's lien. The trial judge, sitting without a jury, found as a fact that the appellee, Lurlee, Inc., had paid a sum in excess of the amount owed by the defendant to the plaintiff and granted a motion to dismiss the foreclosure of the materialman's lien. A motion for new trial was filed and denied. Appellant appeals from the trial court's findings of fact and from the denial of the motion for a new trial. *Held:*

It is the duty of an appellate court to construe the evidence mostly strongly in support of the verdict and

against the appellant. *Associated Mutuals, Inc. v. Pope Lumber Co.*, 200 Ga. 487, 496 (37 SE2d 393). That the evidence in a case may preponderate against a verdict is not the test. The rule is that this court cannot review the findings of juries, or judges, on issues of fact, unless, as a matter of law, a verdict has no evidence to support it. *Charles v. Brooker*, 1 Ga. App. 219, 220 (58 SE 218); *Lester Colodny Constr. Co., Inc. v. Allen*, 129 Ga. App. 545 (199 SE2d 917). In the case sub judice, there is evidence to support the court's finding that Lurlee, Inc., paid a sum in excess of the amount owed to appellant. The judgment must, therefore, be affirmed. The enumeration of error with reference to the trial court's denial of a motion for new trial suffers from the same infirmity and is without merit.

*Judgment affirmed. Eberhardt, P. J., concurs. Evans, J., concurs in the judgment only.*

ARGUED JANUARY 14, 1974 — DECIDED APRIL 2, 1974.

*Dock H. Davis*, for appellant.

*Howard, Wiggins & Smith, James C. Howard, Jr.*, for appellees.